UNITED STATES DISTRICT
COURT DISTRICT OF PUERTO RICO

RECEIVED & FILED
05 OCT 11 AM 11: 18
CLERK
U.S. DISTRICT
SAN JUAN

| UNITED STATES<br><br>VS.<br><br>BERNARDO HERNANDEZ FERRER<br>DEFENDANT | 99CR344 (PG) |
|---|---|

## PETITION TO THE COURT

**TO THE HONROABLE COURT:**

**COMES NOW, JULIO MORALES SANCHEZ**, attorney for defendant **BERNARDO HERNANDEZ FERRER**, and most respectfuly, states and prays:

1- On oct. 7, 2005, this attorney was notified of a hearing set in this case, to be held on tuesday, oct 18, 2005, at 9:00a.m., to show cause why defendant Hernández Ferrer should not he revoked on his supervised release term.

2- This attorney had previosly made arrangements to be away from this jurisdiction, leaving in the morning of thursday, oct 13, 2005.

3- If this Court grants permission, this attorney will return on Friday, oct 28, 2005.

4- For the reasons stated above, this attorney prays to the court to set this hearing for any date after nov, 2, 2005.

**WHEREFORE,** this attorney BEGS this Court, most respectfuly, to Grant this Petition and so reset this hearing.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE:** A copy of this documents has been forwarded to the **office, U.S. attorney, District** of Puerto Rico, and the Office, U.S. probation service, District of Puerto Rico.

JULIO MORALES SANCHEZ
ATTORNEY FOR DEFENDANT
BERNARDO HERNANDEZ FERRER
404 ENRIQUE AMADEO
SAN JUAN, P.R. 00918
Tel. (787) 765-6766 / Fax 765-3258
Klaguerpr@hayoo.com