AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE        DISTRICT OF        PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CRIMINAL NO. 99-344(PG)

BERNARDO HERNANDEZ-FERRER

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

S/Julia Diaz-Rex
*USDC No. G00308*
*Torre Chardon, Suite 1201*
*350 Carlos Chardon Street*
*San Juan, Puerto Rico 00918*
*Tel: (787) 766-5656*
*Fax: (787)766-6222*
*Email: julia.diaz@usdoj.gov*

*Dated: October 13, 2005*

**Notice of Appearance**
**Page 2**

# CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

    At San Juan, Puerto Rico this 13th day of October, 2005

S/ *Julia Diaz-Rex*
Attorney for Plaintiff