```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

**UNITED STATES OF AMERICA**

      vs.                     CASE NO.: 3:99CR00344-020(PG)

**BERNARDO HERNANDEZ-FERRER**
\* \* \* \* \* \* \* \* \* \* \* \* \*

        SUPPLEMENT TO MOTION FILED ON SEPTEMBER 26, 2005

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

     COMES NOW, **Martín De Santiago, U.S. PROBATION OFFICER of this Court**, presenting an official report on the conduct and attitude of releasee, Bernardo Hernández-Ferrer, who on May 25, 2001, was sentenced to thirty-three (33) months of imprisonment to be followed by a three (3) year supervised release term after he plead guilty of violating Title 21, United States Code, Section 846. As special conditions, he was ordered to submit to drug testing, and substance abuse treatment, if warranted, as well as financial disclosure. On January 10, 2003, the offender was released from custody at which time his supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **STANDARD CONDITION: "WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME..."**

    On or about January 11, 2005, Mr. Hernández-Ferrer was arrested by Puerto Rico Police Officers and he was subsequently charged with four violations of Article 401 of the Puerto Rico

Controlled Substances Law. He is currently under local custody awaiting his trial, which is set for May 23, 2006. The U.S. Marshal Service has lodged the arrest warrant issued in this case as a detainer.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct, and in view of the offender's new involvement in criminal behavior while on supervised release, it is respectfully requested, unless ruled otherwise, that the Court take into account the content of this motion at the Show Cause Hearing. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 4th day of May 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 4, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruiz-Santiago, Assistant U.S. Attorney, and Julio Morales-Sanchez, Esq.

In San Juan, Puerto Rico, this 4th day of May 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
martin_de_santiago@prp.uscourts.gov