In The United States District Court
for the District of Puerto Rico

| | |
|---|---|
| The United States for the District of Puerto Rico<br>Plaintiff<br><br>v.<br><br>Bernardo Hernandez Ferrer<br>Defendants. | Crim. Num.<br>~~#00Cr200344-20~~<br>99-344 (PG)<br><br>Por: Cospiración |

RECEIVED AND FILED
2007 JAN 26 PM 2:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

<u>Moción En Solicitud que la Revocación de Provatoria sea Dictada Concurrento Con la Sentencia Cual se encuentra Cumpliendo en el Estado Libre Asociado de Puerto Rico:</u>

Al Honorable Tribunal:

Comparece el Señor Bernardo Hernandez Ferrer, por derecho propio en forma "Pauperis" y muy respetuosamente Expone y Solicita:

1. El peticionario se encuentra confinado en el Complejo Correccional de Ponce. En la institución Fase I de Mínima Seguridad. Bajo la Custodia legal del Señor Nicanor Caro Delgado, superintendente. Dando fiel cumplimiento a la sentencia dictada por el Honorable Tribunal de Bayamón, en el siguiente ca-

Caso Núm.                    ~~Delito~~  ~~Sentencia!~~
DSC2006G0423       infracción Art. 401    5 años
                   Rebajado a 406 S.C.

Dicha sentencia fue dictada concurrentemente con otro caso similares de lo cual el peticionario desconoce el Número de caso. En un total de cinco (5) años concurrente. Su número de Seguro Social es: 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.

2. El peticionario se encuentra confinado desde el 12 de enero de 2006; siendo sentenciado en el Tribunal de Bayamón, P.R; el 23 de mayo de 2006.

3. El peticionario fue sentenciado en el Honorable Tribunal federal del Distrito de Puerto Rico; por el Honorable Juez federal Juan Perez Jímenez. Por el delito de Compiración. Siendo sentenciado a cinco (5) años de prisión. Cual cumplio sastifactoriamente. Con tres (3) años de probatoria de lo cual cumplio dos (2) años y cinco (5) meses.

4. La sentencia fue dictada en el mes de Octubre de 2000, por los hechos cometido en el principio de 2000.

5. Al peticionario le restaba por cumplir de la probatoria siete (7) meses.

6. Las razones que el peticionario no pudo cumplir con el restante de los siete (7) meses de la probato-

Pag. 2

ria, se debió a que cuando este llegó de su Trabajo, se encontró a su esposa desnuda junto a otro hombre en su Hogar en su cama.

7. Esto conllevo a desajustarse y perder la moción del Tiempo, teniendo una recaída con el consumiendo Drogas. Es preponderante que este Honorable Tribunal tome conocimiento Judicial, que el peticionario al día de hoy ha retomado posesión de su vida. Por lo cual esta sumamente arrepentido, de no haber podido continuar con el compromiso de la probatoria.

8. El peticionario solicita que este Honorable Tribunal tome conocimiento y estudie su expediente de Probatoria, en el trascurso del los dos (2) años y cinco (5) meses que estuvo participando y cumpliendo a pie de la letra con cada una de las condiciones. Siendo un ejemplo de superación y rehabilitación.

9. El peticionario entiende que la situación que fue expuesto es un rudo golpe de lo cual pocas persona logran superar y canalizar.

10. El Técnico de Probatoria del peticionario lo es el señor Martín D. Santiago.

11. El peticionario solicita muy respetuosamente de este Honorable Tribunal la concurrencia de

Pág 3

la probatoria que tiene en este Honorable Tribunal, la cual no se ha celebrado vista de Revocación, con la sentencia de cinco (5) años que esta cumpliendo en el Estado Libre Asociado de Puerto Rico.

12. El peticionario reconoce que muchos elementos de juicio pueden llevar a un juzgador a imponer una determinada sentencia, no obstante, respetuosamente su decisión puede ante todo lo expresado ser considerado debido que opera en pleno derecho, a una pena más benigna.

13. El peticionario solicita que le conceda la concurrencia del caso por el cual esta cumpliendo en el Estado Libre Asociado de Puerto Rico, con la probatoria pendiente a ser revocada ante este Ilustre foro.

14. El peticionario entiende muy respetuosamente que este Honorable Curia tiene jurisdicción y no hay impedimento en ley que se conceda lo expuesto en el caso de autos, según el Caso Pueblo v. Casanova Cruz, 117 D.P.R. 784 (1986). El Tribunal expreso que emitir como se debe cumplir la sentencia con una dictada por el Tribunal Federal "no es de nuestra competencia.

15. El peticionario realiza la presente petición debido a que los hechos fue un evento de lo cual al día de

Pág. 4

*escrito anteriormente a respetado*

16. De este Honorable Curia conceder lo solicitado, le estaría brindando a este humilde peticionario la oportunidad de disfrutar de una pena más benigna y la rehabilitación moral y social del peticionario. Es apremiante que este Ilustre foro sea vehículo de justicia, educador para que se cumpla con una pena más benigna.

En mérito de todo lo cual, muy respetuosamente se solicita de este Honorable Tribunal lo siguiente:

Que declare ha lugar el presente recurso.
Que ordene que se le designe representación legal.
Que ordene una vista oral.
Que se le conceda lo solicitado en el presente recurso, la concurrencia del caso por el cual se encuentra el peticionario esta cumpliendo en el Estado Libre Asociado de Puerto Rico, con la revocación de la probatoria en la que este Ilustre foro tiene jurisdicción en otorgar lo solicitado.

Y si hay más en derecho que este Honorable Tribunal entienda que beneficie al peticionario, que así proceda en bien de la justicia.

Pág. 5       Respetuosamente sometido, por derecho propio

en forma "Pauper's". En este Honorable Tribunal Federal de U.S. Para el Distrito de Puerto Rico, hoy ___ de enero de 2007.

Muy respetuosamente;

Bernardo Hernandez Ferrer

Bernardo Hernandez Ferrer
Complejo Correccional de Ponce
Fase I-C-Bajo 7, Institución de
Mínima Seguridad
Apartado 7285
Ponce, P.R. 00732