# In The United States District Court For The District Of Puerto Rico.

99-344 (PG)

| Federal Parole Plaintiff<br><br>vs.<br>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<br>Bernardo Hernandez Ferrer<br>Defendants | CRIMINAL NUM N/A<br><br>Sobre: "Parole" |
|---|---|

## Motion

Moción Informativa y Solicitud, Que se conceda concurrencia la Sentencia que se encuentra cumpliendo en la esfera Estatal con el Termino de Probatoria impuesto por la esfera Federal:

### Al Honorable Tribunal:

Comparece el peticionario demandado por derecho propio, en forma "Paupens", Muy Respetuosamente, Expone, Alega y Solicita.

1. El demandado de Epigrafe se encuentra confinado en el complejo correccional de Ponce en la Fase II Modulo (P) Amarilla, celda #120 Bajo la custodia legal del Superintendente Señor Nicanor Caro Delgado, dandole cumplimiento a la Sentencia dictada por el Honorable Tribunal de Bayamón, en los siguientes casos

<u>Caso Num</u>       Delito:                          Sentencia
DSC20066 0423    Inf. 401 Rebajado              5 AÑOS
                 A 406 Sust. Controladas

Dicha Sentencia fué dictada concurrente con otros delitos de 401 Rebajado A 406 de S.C. el demandado Peticionario se le impuso una condena de cinco (5) Años concurrente. El numero de Seguro Social es 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 del demandado Peticionario.

2. El peticionario en el caso de Autos se encuentra confinado desde el 12 de ENERO de 2006; siendo Sentenciado el 23 de MAYO de 2006.

3. El peticionario Tiene pendiente ante este Honorable "Curva" un Proceso de Revocación de "Parole" por conspiración, en la que se le impuso cinco (5) Años en Probatoria, se le desisno Tres (3) Años.

4. El peticionario habia Cumplido satisfactoriamente dos (2) Años y Cinco (5) meses en Probatoria. Es relevante señalar que el Tiempo ante señalado se devio a la Probatoria cual estaba Cumpliendo en cumplimiento con lo impuesto con este Honorable Tribunal Federal en "Parole"

5. El peticionario solicita de este Honorable Foro Judicial Federal que se le Conceda

La Probatoria federal de Tres (3) Años; Concurrente con la Sentencia impuesta en el Tribunal Estatal de Bayamón, Por Infracción al Art. 401 Rebajado a Art. 406 de S.C. en la que se le impuso cinco (5) Años de Prisión. Y/o que se le dé el Tiempo Cumplido en "Parol" impuesto por este Hon. Tribunal Federal. Tomando en consideración el tiempo que el peticionario cumplió satisfactoriamente en Probatoria y sopesando el tiempo que lleva al día de hoy en confinamiento un (1) Año y siete (7) Meses.

6. El peticionario había enviado un recurso ante este Honorable Tribunal Federal, en la que solicitaba que se acreditara el tiempo que está Cumpliendo con lo del "Parol" de la probatoria federal, con el objetivo de que se le dé el Tiempo cumplido por el caso pendiente de Revocación de Probatoria Federal. Dicho recurso fué presentado por correo ordinario el 25 de enero de 2007. En la que se le entregó por el oficial correccional del Area de correspondencia recibi. de Formulario o correspondencia Privilegiada con el Num. de Recibo 1564, dicho recibo está firmado por el Oficial Delgado.

7. El peticionario al día de hoy no ha recibido notificación alguna de éste Honorable Tribu

nal Federal y desconoce si el recurso enviado el 25 de enero del 2007 llegó al Honorable Tribunal Federal. Ya que no ha recibido ningún tipo de notificación.

8. El peticionario entiende que este ilustre Curia tiene jurisdicción para declarar el tiempo del parole cumplido y/o que el parol sea cumplido concurrentemente con la sentencia dictada en la esfera Estatal en el Hon. Tribunal de Bayamón.

9. Al momento de que se involucró el peticionario con el caso presentado en el Honorable Tribunal de Bayamón al peticionario le restaba por cumplir siete (7), para culminar el "Parol" devido a problemas familiares y depresivo incurrió en una recaída. De lo cual al día de hoy está sumamente arrepentido.

10. Es apremiante señalar que la situación por la cual el peticionario atravezo al momento de la recaída no fué nada de facil de canalizar aún para cualquier tipo de persona no le hubiera sido facil debido que cuando el peticionario regresó antes de tiempo de su trabajo por ajuste en una tarea encontró a su compañera consensual con otra persona en la cama de su habitación desnudos...

11. El peticionario Antes de estos hechos llevaba en "Parol" dos (2) Años y Cinco (5) Meses con un comportamiento Excelente demostrando ser un ejemplo de Rehabilitacion.

12. El peticionario al dia de hoy no ha sido visto por su tecnico socio penal del "Parole" en la esfera Federal, no se le ha Asignado fecha de vista de revocacion del parol.

13. El peticionario entiende que este Honorable Tribunal Federal. Tiene competencia y Jurisdiccion, para declarar el Tiempo del parole cumplido y/o que el Tiempo impuesto por el Honorable Tribunal de Bayamón sea cumplido concurrente con el Tiempo del parol federal véase el caso Pueblo de Puerto Rico U.S Casanova Cruz, 117 D.P.R. 784 (1986).

14. El peticionario solicita que este Honorable Tribunal Federal Tome conocimiento Judicial de su nueva ubicacion cual es:
   Complejo Correccional de Ponce
   F-U Modulo P- Amarillo
   Num de celda 120
   Apartado 7285 Ponce Puerto Rico 00732

Es Apremiante que este Honorable Tribunal sea vehiculo de justicia, Adecuado para que

se cumpla una sentencia mas benigna con el objetivo de Rehabilitar Moral y Social del peticionario.

De este Ilustre "Cuna" conceder lo solicitado le estaria brindando a este humilde peticionario, una esperanza de fé de compartir con sus familiares y demas seres queridos. A la vez se estaria cumpliendo el proposito del legislador a una pena mas benigna.

### Suplica:

En merito de todo lo cual se solicita muy Respetuosamente de este Honorable Tribunal Federal para el distrito de Puerto Rico; lo siguiente:

1. Que declare ha lugar el Presente recurso.

2. Que le designe representacion legal al peticionario.

3. Que se ordene una vista oral.

4. Que se ordene la concurrencia del "parol" Federal con la sentencia impuesta por el Hon. Tribunal de Bayamón en la esfera estatal con el numero de caso DSC2006G0423, por el delito INF Articulo 401 Rebajado a Art. 406 de Sust. Controladas y/o se dicte el tiempo del "parole" cumplido, con el objetivo de que el peticionario le reste solamente el tiempo que le resta en la esfera

estatal.

Y si hay mas en derecho que este Honorable Tribunal Federal entienda que beneficie al peticionario que Asi proceda en el bien de la Justicia.

Muy respetuosamente sometido por derecho propio en forma "Pau pens" Ante este Honorable Tribunal Federal de los Estados Unidos de America Para el distrito de Puerto Rico; hoy     de          de 2007

Muy respetuosamente.
Bernardo Hernandez Ferrer
Bernardo Hernandez Ferrer
Bernardo Hernandez Ferrer
SS# 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
Complejo Correccional de Ponce
Fase I P. Amarilla #120
Apartado 7285
Ponce PR. 00732.