Bernardo Hernandez Ferrer/AKA/
Fernando Hernandez Ferrer
Int. P. Principal F-5-Ama #120
P.O. Box 7285 Ponce P.R. 00732

RECEIVED AND FILED
2007 AUG -9 PM 2:58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SAN JUAN PR 009
09 AUG 2007 PM 3
USA 41

United States District Court of P.R.
Clerk's Office, Room 150-N-Parole
Offices.
U.S. Courthouse And Federal Building
Carlos Chardon Avenue, Hato Rey
Puerto Rico 00918-1767