# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**Bernardo HERNANDEZ-FERRER**<br>aka: Fernando Hernandez-Ferrer<br>Reg. No. 19347-069 | **CRIM. 99-344-20  (PG)** |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
      and Warden - Caro
      Ponce Correctional Institution
      Fase 5, Control P-Amarillo, Celda 120
      Ponce, PR 00732

We command you, the Warden of the Ponce Correctional Institution, to release **Bernardo Hernandez-Ferrer** to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, III, US Marshal for the District of Puerto Rico, to have the body of **Bernardo Hernandez-Ferrer**, and take him under your custody under safe and secure conduct, and remove the said **Bernardo Hernandez-Ferrer** forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **July 31, 2008 at 10:15 A.M.** and any subsequent days thereafter, and that you safely and securely return said **Bernardo Hernandez-Ferrer** to the custody of the Warden of Ponce Correctional Institution as soon thereafter as the hearing is concluded in accordance with the law.

WITNESS the Honorable Juan M. Pérez-Giménez
U. S. District Judge, United States
District Court for the District of
Puerto Rico, at Hato Rey, Puerto Rico
and the Seal of said Court, this 22nd day of July, 2008.

FRANCES RIOS DE MORAN
Clerk, U. S. District Court for
the District of Puerto Rico

By: s/Janet González
    JANET GONZALEZ
       Deputy Clerk