# UNITED STATES DISTRICT COURT

## ___JUDICIAL___ DISTRICT OF ___PUERTO RICO___

**UNITED STATES OF AMERICA**

**vs**

**BERNARDO HERNANDEZ-FERRER**

**W A R R A N T   F O R   A R R E S T**

**CASE NUMBER: Cr. 99-344-20  (PG)**

To:     The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___BERNARDO HERNANDEZ-FERRER___

and bring him forthwith to the nearest magistrate to answer an          (Name)

[ ] Indictment          [ ] Information          [ ] Complaint

[X] Order of Court          [ ] Violation Notice          [ ] Violation of Bail Release Conditions

charging him with (brief description of offense)

**ONCE DEFENDANT IS ARRESTED, HE SHALL BE BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING SET FOR NOVEMBER 21, 2005, AT 9:00 A.M.**

in violation of Title ____ United States Code, Section(s) _____

___JUAN M. PEREZ-GIMENEZ___
Name of Issuing Officer

_Signature of Issuing Officer_ ___Deputy Clerk___

Bail fixed at $ ___--------___

___U.S. DISTRICT JUDGE___
Title of Issuing Officer

___October 13, 2005,  at  San Juan, P.R___
Date and Location

By:  ___Juan M. Pérez-Giménez, U.S. District Judge___
Name of Judicial Officer

AO 442 (Rev. 12/85) Warrant for Arrest

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 10/17/2005 | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | SUBJECT ARRESTED AND | BY. RUIZ |
| DATE OF ARREST 1/26/2006 | SERVING TIME AT INSTITUION CORRECCIONAL PONCE FAS 1/26/2006 DETAINER LODGE | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: _____ BERNARDO HERNANDEZ-FERRER _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____