# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>vs.<br><br>**Bernardo HERNANDEZ-FERRER**<br>aka: Fernando Hernandez-Ferrer<br>Reg. No. 19347-069 | **CRIM. 99-344-20  (PG)** |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal
      and Warden - Caro
      Ponce Correctional Institution
      Fase 5, Control P-Amarillo, Celda 120
      Ponce, PR 00732

We command you, the Warden of the Ponce Correctional Institution, to release **Bernardo Hernandez-Ferrer** to the custody of the US Marshal for the District of Puerto Rico, or to any of his deputies, and we command you, Esteban Soto, III, US Marshal for the District of Puerto Rico, to have the body of **Bernardo Hernandez-Ferrer**, and take him under your custody under safe and secure conduct, and remove the said **Bernardo Hernandez-Ferrer** forthwith and bring him before HONORABLE JUAN M. PEREZ-GIMENEZ, US District Court Judge, at the Federal Courthouse Building, Hato Rey, Puerto Rico, on **September 12, 2008 at 9:30 A.M.** and any subsequent days thereafter, and that you safely and securely return said **Bernardo Hernandez-Ferrer** to the custody of the Warden of Ponce Correctional Institution as soon thereafter as the hearing is concluded in accordance with the law.

> WITNESS the Honorable Juan M. Pérez-Giménez
> U. S. District Judge, United States
> District Court for the District of
> Puerto Rico, at Hato Rey, Puerto Rico
> and the Seal of said Court, this 25th day of August, 2008.
>
> FRANCES RIOS DE MORAN
> Clerk, U. S. District Court for
> the District of Puerto Rico
>
> By: s/Janet González
>     JANET GONZALEZ
>      Deputy Clerk